In the Matter of M. Francis Kenney, an Attorney.— Referred to official referee. Order to be settled on notice.

In the Matter of Louis Cohen, an Attorney.— Referred to official referee. Order to be settled on notice.

John H. J. Ronner v. Hermon H. A. Ronner and Others.— Motion to dismiss appeal granted, with ten dollars costs.

John Callahan v. Eugene Gerbereux, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Grace S. Holmes v. Alexander Thain and Others.— Motion to dismiss appeal granted, with ten dollars costs.